IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ARACELY HERNANDEZ,

    Plaintiff,

v.

S. BERNSTEIN, et al.,

    Defendants.

Civ. No. 3:17-cv-01654-JR

ORDER

MCSHANE, Judge:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 13), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Defendants filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 13) is adopted. Defendant's Motion to Dismiss (ECF No. 9) is denied.

IT IS SO ORDERED.

    DATED this 11th day of June, 2018.

                              _____/s/ Michael J. McShane_____
                                   Michael McShane
                                United States District Judge