IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ARACELY HERNANDEZ,

    Plaintiff,

v.

S. BERNSTEIN; R. WORTHAM; S. SIEMILLER; K. PHILLIPS; M. LENAHAN; P. GARRETT; WASHINGTON COUNTY JAIL,

    Defendants.

Case No. 3:17-cv-01654-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 42), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 42) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 34) is GRANTED and the case is dismissed.

IT IS SO ORDERED.

DATED this 1st day of May, 2019.

                                                                   _s/Michael J. McShane_____
                                                                          Michael McShane
                                                                United States District Judge